O

# United States District Court
# Central District of California

| | |
|---|---|
| NOEMI BAEZA,<br><br>    Plaintiff,<br><br>  v.<br><br>ASSISTED CREDIT SERVICES, INC;<br>MEDICAL CLAIM MANAGEMENT;<br>and DOES 1–10,<br><br>    Defendants. | Case № 8:15-cv-01451-ODW (JCG)<br><br>**ORDER TO SHOW CAUSE RE:<br>ENTRY OF DEFAULT** |

  On January 15, 2016, this Court granted Edward T. Weber's motion to withdraw as counsel for Defendant Assisted Credit Services. (ECF No. 29.) The Court further ordered Assisted Credit to obtain counsel by February 14, 2016, lest the case be dismissed or default entered. (*Id.*) Plaintiff Baeza now moves this Court to enter default as to Assisted Credit, as defense counsel has yet to appear and no business entity may appear pro se. (Motion for Entry of Default, ECF No. 31.)

  Defendant Assisted Credit Services is hereby **ORDERED TO SHOW CAUSE, by March 2, 2016**, why default should not be entered. No hearing will be held, and all pending dates and deadlines are vacated. Defendant may discharge this order by submitting a statement as to why counsel has not yet been obtained and

specifying a date by which counsel will appear, or with the docketed appearance of counsel who may properly appear before this Court.  Should Defendant fail to discharge this order, the Court will direct the Clerk of Court to enter default as to Assisted Credit Services, and Plaintiff Baeza may then move for default judgment.

**IT IS SO ORDERED.**

February 23, 2016

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**