**JS-6**

# United States District Court
# Central District of California

| | |
|---|---|
| NOEMI BAEZA,<br><br>           Plaintiff,<br><br>    v.<br><br>ASSISTED CREDIT SERVICES, INC.;<br>MEDICAL CLAIM MANAGEMENT;<br>and DOES 1–10,<br><br>           Defendants. | Case № 8:15-cv-01451-ODW (JCG)<br><br>**JUDGMENT ORDER** |

In accordance with this Court's Order Granting Plaintiff's Motion for Default Judgment (ECF No. 42), the Court hereby orders judgment in favor of Plaintiff and against Defendant Assisted Credit, in the total amount of $30,784.65, as follows:

$16,000 in damages;

$13,820.40 in attorneys' fees; and

$964.25 in costs.

**IT IS SO ORDERED.**

July 19, 2016

_____
        **OTIS D. WRIGHT, II
    UNITED STATES DISTRICT JUDGE**